# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00334-CV

**Enoch Allen, Jr., Appellant**

**v.**

**Rojelio Osorio, Appellee**

---

### FROM THE COUNTY COURT AT LAW NO. 1 OF BELL COUNTY
### NO. 23CCV00464, THE HONORABLE PAUL A. MOTZ, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on September 4, 2023. On September 20, 2023, this Court sent a notice to appellant informing him that his brief was overdue and that a failure to file a satisfactory response by October 2, 2023, would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Gisela D. Triana, Justice

Before Justices Baker, Triana, and Smith

Dismissed for Want of Prosecution

Filed: December 12, 2023